UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KEVIN R. FADDIS, et al.;              )
                                      )
            Plaintiffs;               )
                                      )
v.                                    )              3:25-CV-13-KAC-JEM
                                      )
CITY OF KNOXVILLE, TENNESSEE;         )
                                      )
            Defendant.                )

## **JUDGMENT**

In the "Memorandum Opinion and Order Dismissing Action," the Court dismissed

Plaintiffs' claims.  Because nothing remains of this action, the Court **DIRECTS** the Clerk to close

the case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
  *s/ LeAnna R. Wilson*
  CLERK OF COURT